# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PHELPS,<br><br>       Plaintiff,<br><br>  v.<br><br>MATTHEW L. POTTER,<br><br>       Defendant. | Case No. 1:14-CV-00766-LJO-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed May 20, 2014, Plaintiff Daniel Phelps seeks to proceed *in forma pauperis*. Plaintiff submitted an incomplete declaration that is not sufficient to make the showing required by 28 U.S.C. § 1915(a). Specifically, Plaintiff indicated, in response to question 3d, that he receives disability or workers' compensation payments but failed to disclose the amount and frequency of payments that he receives, and the amount he expects to continue to receive. In addition, Plaintiff's response to question 6 is illegible.

Accordingly, the Court denies Plaintiff's motion to proceed *in forma pauperis*. Plaintiff may submit a new application to proceed *in forma pauperis* in accordance with this order within thirty (30) days. If the Clerk of Court does not receive either a revised *in forma pauperis* application or the filing fee within thirty days of this order, this case will be dismissed without prejudice and without further notice for failure to prosecute.

IT IS SO ORDERED.

Dated: **May 23, 2014**         **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28